1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  LYNEA R. WILEY,                )    No. CV 12-1823 CW
                                   )
13               Plaintiff,        )    JUDGMENT
                                   )
14          v.                     )
                                   )
15  MICHAEL J. ASTRUE,             )
    Commissioner, Social Security  )
16  Administration,                )        )
                                   )
17               Defendant.        )
    _____)

18

19      **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

23  DATED: December 27, 2012

24

25                              _____
                                       CARLA M. WOEHRLE
26                              United States Magistrate Judge

27

28