1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Lynea R. Wiley

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  LYNEA R. WILEY,                    ) Case No.: 12-1823- CW
                                       )
12        Plaintiff,                   ) {PROPOSED} ORDER AWARDING
                                       ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                             ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                 ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,   ) U.S.C. § 1920
                                       )
15        Defendant                    )
                                       )
16  _____    )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $2,500 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

    DATE: 1/10/13                _____
22
                                 THE HONORABLE CARLA WOEHRLE
23                               UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1. Respectfully submitted,
2. LAW OFFICES OF Lawrence D. Rohlfing
3.      /s/ *Brian C. Shapiro*
   _____
4. Brian C. Shapiro
   Attorney for plaintiff Lynea R. Wiley
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.